IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RAQUEL AQUINO MATIAZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-508-KC |
| MARY DE ANDA YBARRA et al., | § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On November 18, 2025, the Court granted in part Aquino Matiaz's Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to either (1) provide Aquino Matiaz with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Nov. 18, 2025, Order 9, ECF No. 5. The Court also ordered Respondents to file written notice informing the Court whether Aquino Matiaz had been released from custody. *Id.* Respondents informed the Court that an immigration judge granted Aquino Matiaz a $1,500 bond. Status Report, ECF No. 6. Thus, the Court ordered the parties to file notice of whether any matters remained pending by December 15, 2025. Dec. 1, 2025, Order, ECF No. 7. The parties now state that no matters remain pending for the Court's consideration. Advisory, ECF No. 8.

Accordingly, because the Petition has been adjudicated, and the parties did not indicate that any matters remain pending, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 16th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE